UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Knights of Columbus,

       Plaintiff,

vs.

Joan Sheppard, Mary Flaten, Shawn McDonough, Shane McDonough, and Shanna Rossell,

       Defendants.

**ORDER TO DISTRIBUTE FUNDS**
Civil No. 11-1250 (MJD/SER)

---

The above-entitled interpleader action comes before the Court upon the joint motion of all Defendants to distribute funds in accordance with a previously reached settlement. [Docket No. 28.] Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendants' Joint Motion [Docket No. 28] is **GRANTED**. The Clerk of Court is directed to distribute the funds paid into the Court Registry by the Knights of Columbus as follows:

1. The $103,923.93 deposited in the Court Registry by the Knights of Columbus shall be distributed as follows:
    a. $9,000.00 to the Trust Account of the Law Office of Katherine L. MacKinnon; and
    b. $94,923.93 to the Trust Account of Patton, Hoversten & Berg, P.A.

2. The Clerk shall allocate any interest on said account and/or charges against said account as follows: 8.7% to/from the share payable to the

Trust Account of the Law Office of Katherine L. MacKinnon, and 91.3% to/from the share payable to the Trust Account of Patton, Hoversten & Berg, P.A.

The Clerk shall make the distribution fourteen days after the date this Order is filed.

DATED:  July 13, 2012                           s/ Michael J. Davis
                                                MICHAEL J. DAVIS
                                                Chief Judge
                                                United States District Court